IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

**BOBBY RAYNOR MCDANIEL**
Soc. Sec. No. xxx-xx-6002
Mailing Address: 1601 West Main Street, Clinton, NC 28328-

CHAPTER 13
CASE NO. 12-08102-8-DMW

**DEBTOR**

**MOTION TO MODIFY CHAPTER 13 PLAN**

**NOW COMES the Debtor**, by and through counsel undersigned, and moves, under authority of 11 U.S.C. § 1329, to modify the Chapter 13 plan in this case. In support hereof, the Debtor shows the following:

1. This case was filed on November 13, 2012, with the Chapter 13 plan being subsequently confirmed on February 19, 2013.

2. The Debtor proposes to modify the Chapter 13 plan in this case as follows:

From:
$1,178.00 per month for a period of 15 months, followed by
$894.00 per month for a period of 42 months.

To:
$913.00 per month for a period of 33 months, followed by
$610.00 per month for a period of 24 months.

3. To facilitate the proposed modification, the Debtor hereby surrenders any interest he may have in collateral securing the following claims and request that the Trustee cease Chapter 13 disbursements to the following claims:

| Creditor and Claim No. | Description and Status of Collateral |
|---|---|
| Regional Acceptance Corporation (Chapter 13 claim no.26) | 2006 Nissan Xterra (In Debtors' possession.) |

4. The changed circumstances that justify or necessitate the proposed modification are as follows: The Debtors have experienced a temporary substantial decrease in monthly income due to the male Debtor being out of work for 5 months as a result of back surgery he received in March, 2015. The Debtors can no longer afford the required costs to maintain and repair their vehicle. The proposed modification seeks to relieve as much disposable income as necessary to compensate for this temporary decrease in income and increase in monthly expenses.

5. The proposed modification conforms to the modification standards for a Chapter 13 plan set forth in Sections 1322(a), 1322(b), 1323(c)and 1325(a) of the Code.

6.  The proposed modification changes the Chapter 13 plan in this case to a base amount of $44,769.00, and may reduce the dividend to be paid to unsecured creditors who have filed claims .

7.  To facilitate the proposed modification, the Debtor requests authorization for the Trustee to pay the claims of residual secured creditors over the full life of the Chapter 13 plan.

## Appended Application for a Non-base Attorney Fee

8.  Attorney for the Debtor further applies herein, and in accordance with E.D.N.C. LBR 2016-1(a)(2) and (a)(6), for approval of an attorney fee for the services rendered regarding this Motion to Modify. The presumptive attorney fee of $450.00 for a Motion to Modify has already been calculated into the proposed modified plan.

**WHEREFORE**, the Debtor prays that this Court grant his Motion, and modify the Chapter 13 plan accordingly  In addition, counsel undersigned requests that this Court approve a fee in the amount of $450.00 to pay for the services rendered regarding this Motion to Modify, to be paid by the Trustee as an administrative expense out of funds available in the Chapter 13 plan.

Dated: September 8, 2015

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

s/ John T. Orcutt
_____
John T. Orcutt
Attorney for the Debtor
N.C. State Bar No. 10212
6616-203 Six Forks Road
Raleigh, N.C. 27615
Telephone: (919) 847-9750
Fax: (919) 847-3439
Email: postlegal@johnorcutt.com

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:
**BOBBY RAYNOR MCDANIEL**
Soc. Sec. No. xxx-xx-6002
Mailing Address: 1601 West Main Street, Clinton, NC 28328-

**CHAPTER 13**
**CASE NO. 12-08102-8-DMW**

**DEBTOR**

**NOTICE OF MOTION**

The Debtor has filed papers with the court to modify the Chapter 13 plan in this case in accordance with 11 U.S.C. § 1329 , together with an application by the Debtor's counsel for approval of an additional attorney fee in accordance with E.D.N.C. LBR 2016-1 .

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if your have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then on or before October 2, 2015, you or your attorney must file with the court, pursuant to E.D.N.C. LBR 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at: Clerk, U.S. Bankruptcy Court, P.O. Box 791, Raleigh, N.C. 27602.

If you mail your response to the court for filing, you must mail it early enough so that court will **receive** it on or before the date stated above. **You must also mail a copy to the following**:

| John T. Orcutt          | Joseph A. Bledsoe, III   |
| Attorney                | CHAPTER 13 TRUSTEE       |
| 6616-203 Six Forks Rd.  | Post Office Box 1618     |
| Raleigh, N.C. 27615     | New Bern, NC 28563       |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in this motion and may enter an order granting that relief.

Dated: September 8, 2015

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

s/ John T. Orcutt
_____
John T. Orcutt
Attorney for the Debtor
N.C. State Bar No. 10212
6616-203 Six Forks Road
Raleigh, N.C. 27615
Telephone: (919) 847-9750
Fax: (919) 847-3439
Email: postlegal@johnorcutt.com

# CERTIFICATE OF SERVICE

I, Gabrielle Morrison, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on September 8, 2015, I served copies of the foregoing Motion and Notice of Motion, upon the following parties, by <u>automatic electronic noticing</u>:

Joseph A. Bledsoe, III
Chapter 13 Trustee

<u>and</u> upon the following parties, either by automatic electronic noticing or regular first-class mail:

BOBBY RAYNOR MCDANIEL
1601 West Main Street
Clinton, NC 28328-

Regional Acceptance Corporation
Attn: Managing Agent
Bankruptcy Section / 100-50-01-51
Post Office Box 1847
Wilson, NC 27894-1847

All creditors named on the attached mailing matrix.

                                                                   s/ Gabrielle Morrison
                                                                   Gabrielle Morrison

modify.wpt (rev 9/1014)

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | Belk<br>c/o GE Capital Retail Bank<br>Post Office Box 103104<br>Roswell, GA 30076 | IC Systems<br>Post Office Box 64887<br>Saint Paul, MN 55164-0887 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Belk/GE Capital Retail Bank<br>c/o Portfolio Recovery Associates<br>Post Office Box 12903<br>Norfolk, VA 23541 | IC Systems<br>Post Office Box 64137<br>Saint Paul, MN 55127-2557 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Capital One<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 | IC Systems<br>Post Office Box 64437<br>Saint Paul, MN 55164-0437 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Capital One<br>Post Office Box 71083<br>Charlotte, NC 28272-1083 | Law Offices of Daughtry, Woodard<br>Lawrence & Starling<br>401 College Street<br>Clinton, NC 28328 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Clinton X-Ray Associates, P.A.<br>Post Office Box 619<br>Clinton, NC 28328-0619 | Nationstar Mortgage<br>Attn: Managing Agent<br>350 Highland Drive<br>Lewisville, TX 75067 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Fay Otho and Sports Medicine<br>1991 Fordham Drive, Ste 100<br>Fayetteville, NC 28304-3650 | Nationstar Mortgage<br>Attn: Managing Agent<br>Post Office Box 650783<br>Dallas, TX 75265-0783 |
| US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Fayetteville Ambulatory<br>1781 Metromedical Drive<br>Fayetteville, NC 28304 | NC Department of Justice<br>for NC Department of Revenue<br>Post Office Box 629<br>Raleigh, NC 27602-0629 |
| North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | Fayetteville Anesthesia, PA<br>Post Office Box 63196<br>Charlotte, NC 28263-3196 | Online Collections<br>202 W. Fire Tower Road<br>Winterville, NC 27858 |
| Admin Recovery, LLC<br>9159 Main Street<br>Clarence, NY 14031 | IC Systems<br>Post Office Box 64378<br>Saint Paul, MN 55164-4378 | Portfolio Recovery Associates<br>Dept 922<br>Post Office Box 4115<br>Concord, CA 94524 |

Portfolio Recovery Associates
120 Corporate Boulevard
Norfolk, VA 23502

Sampson Regional Medical Center
Post Office Box 890650
Charlotte, NC 28289-0650

Verizon Wireless
Post Office Box 660108
Dallas, TX 75266-0108

Progress Energy of the Carolinas
Post Office Box 1551
Raleigh, NC 27602-1551

Snap On Credit
1125 Tri State Parkway
Gurnee, IL 60031

Verizon Wireless
Post Office Box 105378
Atlanta, GA 30348

RBC Bank
Post Office Box 1220
Rocky Mount, NC 27802

Spectrum Laboratory
Post Office Box 35907
Greensboro, NC 27425-5907

Wake Medical Center
c/o Revenue Cycle Solutions
421 Fayetteville Street, Ste 600
Raleigh, NC 27601-1792

RBC Bank
Post Office Box 1070
Charlotte, NC 28201-1070

Spectrum Laboratory
Post Office Box 751337
Charlotte, NC 28275-1337

Reginal Acceptance Corporation
Attn: Managing Agent
Post Office Box 580075
Charlotte, NC 28258-0075

Spectrum Laboratory
Post Office Box 580286
Charlotte, NC 28258-0286

Regional Acceptance Corporation
Attn: Managing Agent
Post Office Box 830913
Birmingham, AL 35283

Stern and Associates. PA
415 North Edgeworth Street
Suite #210
Greensboro, NC 27401

Sampson County Tax Collector
Post Office Box 207
Clinton, NC 28329-0207

Stern and Associates. PA
Post Office Box 63114
Charlotte, NC 28263-3114

Sampson County Tax Collector
Post Office Box 580014
Charlotte, NC 28258-0014

The Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Sampson Regional Medical Center
607 Beaman Street
Clinton, NC 28328-2603

Verizon Wireless
Post Office Box 26055
Minneapolis, MN 55426